```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**JEAN MARIE CRAIGO,**

       Petitioner/Movant

v.                         CIVIL ACTION NO. 2:03-02226
                             (Criminal Action No. 2:01-00203)

**UNITED STATES OF AMERICA,**

       Respondent

<u>O R D E R</u>

The court having received the report-recommendation of the United States Magistrate Judge filed on December 27, 2004, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the report-recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the report-recommendation of the magistrate judge be, and the same hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's Motion for a Correction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) be, and the same hereby is, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the United States Magistrate Judge.

DATED: February 28, 2006

_____
John T. Copenhaver, Jr.
United States District Judge